LEWIS ET AL. v. MINTHORN.

1. **Practice in Supreme Court:** DISCREPANCY BETWEEN DOCKETED TITLE AND RECORD. This cause is docketed in this court as *Lewis v. Minthorn*, and is so entitled in the abstract and in the arguments of counsel, but the abstract does not reveal the existence of any such case, but seems to relate to a case of *Minthorn v. St. John, Sheriff*, a case not docketed in this court. In this state of the record, *held* that there was nothing to do but dismiss the case.

*Appeal from Mitchell Circuit Court.*

SATURDAY, OCTOBER 22.

THE papers filed in this case seem to show an action of replevin. It is stated that the jury found a verdict for the plaintiff, and that judgment was entered thereon, and that both parties appeal, the defendant perfecting his appeal first.

*L. M. Ryce*, for appellant.

*F. F. Coffin*, for appellee.

ADAMS, CH. J.—This case has been docketed in this court as *John Lewis et al. v. Joshua Minthorn*. The case is so entitled in the printed abstract, and in the arguments of counsel; but we are not able to discover from the abstract, or arguments of counsel, that such case ever had any existence. The abstract of the petition purports to show a case brought by Joshua Minthon against Robert T. St. John, sheriff; but no such case has ever been docketed in this court. If we should attempt to write an opinion, and make rulings upon the questions presented, it would be unintelligible as applied in the case docketed.

Not finding that a case of *John Lewis et al. v. Joshua Minthon* has ever been brought, tried or appealed, but has simply been docketed in this court, there is nothing that we can do but to dismiss such case.

DISMISSED.